# United States Court of Appeals
### For the Eighth Circuit

_____

No. 21-2392
_____

Janie Livingston; Teressa Barnes

*Plaintiffs - Appellants*

v.

Progressive Eldercare Service- Cleveland Inc., doing business as Greenhouse
Cottages of Southern Hills

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff
_____

Submitted: January 14, 2022
Filed: January 24, 2022
[Unpublished]
_____

Before GRUENDER, ERICKSON, and KOBES, Circuit Judges.
_____

PER CURIAM.

In this employment action, Janie Livingston and Teresa Barnes appeal the district court's[1] orders compelling arbitration and denying their motion for "leave to file out of time" their objections to confirmation of the arbitrator's decision. After careful review of the record and the parties' arguments on appeal we find no basis for reversal. See Sommerfeld v. Adesta, LLC, 2 F.4th 758, 761 (8th Cir. 2021) (grant of motion to compel arbitration is reviewed de novo); see also Albright ex rel. Doe v. Mountain Home Sch. Dist., 926 F.3d 942, 951-52 (8th Cir. 2019) (denial of motions for extension of time and for leave to file out of time are reviewed for abuse of discretion). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Lee P. Rudofsky, United States District Judge for the Eastern District of Arkansas.